IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES L. BRUCKS<br>                Defendant. | Case No.: 8:19CB10<br><br>**ORDER TO APPEAR** |

You are ordered to appear for your next court hearing on Tuesday, December 31, 2019 at 9:00 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated: October 29, 2019

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge


Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

October 29, 2019
Date

_[signature]_
Defendant